UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 15, 2023

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| KELLY ADAMS, | : | VIOLATION: |
| | : | 18 U.S.C. § 111(b) |
| Defendant. | : | (Assaulting, Resisting, or Impeding |
| | : | Certain Officers or Employees) |

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about July 20, 2023, within the District of Columbia, **KELLY ADAMS**, using a deadly or dangerous weapon, did unlawfully, knowingly, and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with a person designated in section 1114 of Title 18, United States Code, while engaged in or on account of the performance of that person's official duties.

**(Assaulting, Resisting, or Impeding Certain Officers or Employees**, in violation of Title 18, United States Code, Section 111(b))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves/CCW*
Attorney of the United States in
and for the District of Columbia.