AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID
8936570

United States of America
v.
KELLY ADAMS

*Defendant*

) Case: **1:24-cr-282**
) Assigned To : Judge Amit P. Mehta
) Assign. Date : 6/11/2024
) Description: IINDICTMENT (B)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   KELLY ADAMS
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(b) - ASSAULTING, RESISTING, OR IMPEDING CERTAIN OFFICERS OR EMPLOYEES

Date:   06/11/2024

*Issuing officer's signature*

City and state:   WASHINGTON, DC

ZIA M. FARUQUI, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 06/12/24 , and the person was arrested on *(date)* 6/24/24
at *(city and state)* Alexandria, VA

Date: 6/24/24

*Arresting officer's signature*

Michael Callahan (Detective)
*Printed name and title*