# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 24-cr-282-APM |
| | : | |
| v. | : | **VIOLATION:** |
| | : | 18 U.S.C. § 111(a)(1) |
| **KELLY ADAMS,** | : | (**Assaulting, Resisting, or Impeding** |
| | : | **Certain Officers**) |
| Defendant. | : | |

## INFORMATION

The United States Attorney charges that at all relevant times:

### COUNT ONE

On or about July 20, 2023, within the District of Columbia, **KELLY ADAMS**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in section 1114 of Title 18, United States Code, while engaged in or on account of the performance of that person's official duties, and where the acts in violation of this section involve physical contact with the victim.

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar No. 481866

By:   */s/ Nihar Mohanty*
NIHAR MOHANTY
Assistant United States Attorney
DC Bar Number 436-686
United States Attorney's Office
601 D Street, N.W.
Washington, D.C.  20530
Telephone: 202-252- 7700
Nihar.Mohanty@usdoj.gov